**United States v. ANIBAL HERNANDEZ SANTANA**
**Updated Penalties for Amended Criminal Complaint**

FILED
Sep 22, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Defendant**
**Anibal Hernandez Santana**

### COUNT 1:

VIOLATION:   18 U.S.C. § 922(q)(2)(A) – possession of a firearm within a school zone

PENALTIES:   A maximum of up to five years imprisonment, which shall not run concurrently with any other term of imprisonment imposed under any other provision of law;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to two years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION:   18 U.S.C. § 922(q)(3)(A) – discharge of a firearm within a school zone

PENALTIES:   A maximum of up to five years imprisonment, which shall not run concurrently with any other term of imprisonment imposed under any other provision of law;
Fine of up to $250,000; or both fine and imprisonment;
Supervised release of up to two years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 3:

VIOLATION:   47 U.S.C. § 333 – Interference with a radio communications station

PENALTIES:   A maximum of up to one year imprisonment;
Fine of up to $10,000; or both fine and imprisonment;
Supervised release of up to one year

SPECIAL ASSESSMENT: $100 (mandatory on each count)